MACON CONSOLIDATED STREET RAILROAD COMPANY *v.* JONES.

FISH, J.　Unless the verdict rendered was absolutely demanded by the evidence — which does not appear in this case — this court will not undertake to decide whether or not the trial judge abused his discretion in granting a first new trial, even though the grant thereof was based solely upon a single question of law, in the determination of which it was unnecessary to consider the evidence in the case.　*Weinkle* v. *Railroad Co.*, 107 *Ga.* 367 ; *Watson* v. *Equitable Mortgage Co.*, 112 *Ga.* 253 ; *Harvey* v. *Bowles*, Ib. 363 ; *McCain* v. *College Park*, Ib. 701 ; *Carter* v. *Dunson*, 113 *Ga.* 374 ; *Thornton* v. *Travelers Ins. Co.*, 116 *Ga.* 121.

*Judgment affirmed.　All the Justices concurring, except Lewis, J., absent.*

Submitted July 8, — Decided August 9, 1902.

Case.　Before Judge Nottingham.　City court of Macon.　January 8, 1902.

*Bacon, Miller & Brunson* and *W. C. Nottingham*, for plaintiff in error.　*M. Felton Hatcher* and *T. J. Cochran*, contra.